**BRIAN R. KATZ**
**California State Bar No. 88895**
Attorney at Law
4364 Town Center Boulevard, Suite 207
El Dorado Hills, CA  95762
Telephone: 916-933-5266
Facsimile: 916-933-7866
e-mail: brian@katzbusinesslaw.com

Attorney for:		Concrete Washout Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., a California corporation,<br><br>            Plaintiff,<br><br>  -- vs. --<br><br>CONCRETE WASHOUT SYSTEMS OF NEW MEXICO, INC., MANUEL SORIA, and Does 1 -100,<br><br>            Defendants. | Case No.: 2-13-CV-01473-TLN-CKD<br><br>**ORDER: PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT TO ADD ADDITIONAL PARTY DEFENDANT**<br><br>**[FRCP RULE 15 (a)(2)]** |

The parties having stipulated to Plaintiff CONCRETE WASHOUT SYSTEMS, INC., filing a First Amended Complaint, and Good Cause appearing therefor:

IT IS HEREBY ORDERED that plaintiff may file the proposed First Amended Complaint.

Dated: March 18, 2014

_____
Troy L. Nunley
United States District Judge

-1-
ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT