**BRIAN R. KATZ**
**California State Bar No.  88895**
Attorney at Law
4364 Town Center Boulevard, Suite 207
El Dorado Hills, CA  95762
Telephone: 916-933-5266
Facsimile: 916-933-7866
e-mail: brian@katzbusinesslaw.com

Attorney for Plaintiff:   Concrete Washout Systems, Inc.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>-- vs. --<br><br>CONCRETE WASHOUT SYSTEMS OF NEW MEXICO, INC., MANUEL SORIA, IRA AYON, and Does 1 -100,<br><br>Defendants. | **Case No.: 2-13-CV-01473-TLN-CKD**<br><br>**CONSENT DECREE** |

## CONSENT DECREE:

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.  The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v Guardian Life Insurance Company of America* 511 US 375, 381-382 (1994).

**IT IS HEREBY ORDERED:**

1.   Concrete Washout Systems of New Mexico, Inc., Manuel Soria, and Ira Ayon shall pay to CONCRETE WASHOUT SYSTEMS, INC., the sum of $100,000, payable $25,000 upon execution of the Settlement Agreement, with the balance payable in 30 monthly payments of $2,500.00 each, beginning January 5, 2015, and continuing each month thereafter until the balance is paid.

1.   CONCRETE WASHOUT SYSTEMS, INC., shall provide Concrete Washout Systems of New Mexico, Inc., a written license agreement to operate the eighty-seven (87) concrete washout bins currently in his possession, on the terms and in the form set forth in the attached Exhibit A.  Said license may be terminated by CONCRETE WASHOUT SYSTEMS, INC., for the failure of Concrete Washout Systems of New Mexico, Inc., Manuel Soria, and Ira Ayon to make the payments set forth in 1., above, or the failure of Concrete Washout Systems of New Mexico, Inc., to comply with the terms of the license attached as Exhibit A.

2.   By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of this consent decree.

3.   Except as necessary to enforce the terms of this consent decree, this case is hereby dismissed with prejudice.  Each party shall bear its own attorney's fees and costs.


Dated:  January 14, 2015

_____
Troy L. Nunley
United States District Judge

1      Dated:  December 19, 2014

2                                              CONCRETE WASHOUT SYSTEMS, INC., Plaintiff
                                               By:
3

4                                              _____/s/_____Brian R. Katz_____
                                               BRIAN R. KATZ #88895
5                                              Attorney at Law
                                               4364 Town Center Blvd., Suite 207
6                                              El Dorado Hills, CA  95762

7

8    Dated:  December 19, 2014

9                                              CONCRETE WASHOUT SYSTEMS OF NEW
10                                             MEXICO, INC., Defendant
                                               By:
11

12                                             _____/s/_____Etan E. Rosen_____
                                               Etan E. Rosen, Esq.
13                                             Attorney at Law
                                               Beyer Pongratz & Rosen
14                                             3230 Ramos Circle
15                                             Sacramento, CA  95827
                                               Phone (916) 369-9750
16                                             Fax  (916) 369-9760

17

18   Dated:  December 19, 2014

19                                             MANUEL SORIA, Defendant
                                               By:
20

21                                             _____/s/_____Etan E. Rosen_____
                                               Etan E. Rosen, Esq.
22                                             Attorney at Law
                                               Beyer Pongratz & Rosen
23                                             3230 Ramos Circle
                                               Sacramento, CA  95827
24                                             Phone (916) 369-9750
25                                             Fax  (916) 369-9760

26

27

28

-3-
**CONSENT DECREE**

1

2   Dated:  December 19, 2014

3                                              IRA AYON, Defendant
                                               By:
4

5                                              _____/s/_____Etan E. Rosen_____

6                                              Etan E. Rosen, Esq.
                                               Attorney at Law
7                                              Beyer Pongratz & Rosen
                                               3230 Ramos Circle
8                                              Sacramento, CA  95827
                                               Phone (916) 369-9750
9                                              Fax  (916) 369-9760

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT DECREE**